IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0828-10






THE STATE OF TEXAS



v.



DAVID WAYNE WOODARD, Appellee






ON APPELLEE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SECOND COURT OF APPEALS


WICHITA COUNTY





 Keller, P.J., filed a dissenting opinion in which Meyers, J., joined.



 Article 14.01(b) allows an officer to conduct a warrantless arrest "for any offense committed
in his presence or within his view." (1) In this case, the evidence is undisputed that the arrest was
without a warrant and that a DWI was not committed in the presence or view of any police officer,
since appellant was first spotted walking six to eight blocks from the accident. I therefore disagree
with the Court's holding that Article 14.01(b) was not violated. (2) 

 I respectfully dissent. 

Filed: April 6, 2011

Publish
1. Tex. Code Crim. Proc. art. 14.01(b).
2. Court's op. at 16.